IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RACHELLE AMES,                              :
              Plaintiff,                :
                                      :        CIVIL ACTION
        v.                                 :
                                      :        NO.  07-5420
                                      :
MICHAEL J. ASTRUE, *COMMISSIONER*        :
*OF SOCIAL SECURITY*                        :
*ADMINISTRATION*,                           :
              Defendant.               :

ORDER

AND NOW, this ___ of April, 2009, upon consideration of the parties' submissions in

regards to Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 10),

and after careful review of the Report and Recommendation filed by United States Magistrate

Judge Timothy R. Rice (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** as follows:

        1.      The Report and Recommendation dated March 25, 2009, is hereby

               **APPROVED** and **ADOPTED**;

        2.      The Plaintiff's Request for Review is **DENIED**; and

        3.      Judgment is entered in favor of Defendant.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-

captioned case as **CLOSED**.

                                  **BY THE COURT**:

                                  **/s/ Petrese B. Tucker**

                                  _____

                                  **Hon. Petrese B. Tucker, U.S.D.J.**